IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30240
Conference Calendar

_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOSÉ ANGEL ORTIZ-CARDENAS,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CR-114-A
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

José Angel Ortiz-Cardenas appeals his sentence for illegal
reentry of a deported alien by arguing that the district court
erred by sentencing him pursuant to 8 U.S.C. § 1326(b)(2) instead
of subsection (a).  He concedes that his argument is foreclosed
by United States v. Vasquez-Olvera, 999 F.2d 943, 946 (5th Cir.
1993).  Notwithstanding that our decision in United States v.
Almendarez-Torres, 113 F.3d 515 (5th Cir. 1996), is pending in
the Supreme Court, see 117 S. Ct. 1333 (1997), one panel may not

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

overrule the decision of a prior panel absent en banc

reconsideration or superseding Supreme Court authority.  <u>Pruitt

v. Levi Strauss & Co.</u>, 932 F.2d 458, 465 (5th Cir. 1991).

AFFIRMED.